IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL A. BRANCH,

    Petitioner,

v.                                                             4:16cv117–WS/EMT

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 42) docketed January 17, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be DENIED. The petitioner has filed objections (doc. 26) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

2. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

3. A certificate of appealability is DENIED.

DONE AND ORDERED this   6th   day of   February  , 2017.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE